JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorneys for Defendant*
*SEEK N FIND INSPECTION*
*TESTING & TRAINING*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, aka SEEK N FIND INSPECTION TESTING & TRAINING LLC,<br><br>Defendant. | CASE NO.: 2:21-cv-01849-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT SEEK N FIND INSPECTION TESTING & TRAINING TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendant, SEEK N FIND INSPECTION TESTING & TRAINING ("SNFITT"), by and through its counsel of record, JOHN HENRY WRIGHT, ESQ., of THE WRIGHT LAW GROUP, P.C., and Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST (collectively "Plaintiffs"), by and through their counsel of record, MICHAEL A. URBAN, ESQ., of THE URBAN LAW FIRM, and hereby stipulate and agree as follows:

1

Plaintiffs filed their Complaint (ECF No. 1) on October 6, 2021. Subsequently, the parties agreed to a Waiver of the Service of Summons, executed and mailed on October 7, 2021. SNFITT's response to Plaintiffs' Complaint is currently due on December 6, 2021.

In order to accommodate the schedules of the parties and counsel during the current holiday season, the parties have agreed to extend the current deadline by 30 days.

Therefore, **IT IS HEREBY AGREED AND STIPULATED** that the deadline for SNFITT to file a response to Plaintiffs' Complaint shall be extended until January 5, 2022.

The parties have entered into this agreement in good faith and not for any improper purpose or delay. This is the parties' first request for an extension.

DATED this 6th day of December, 2021.

**THE URBAN LAW FIRM**

/s/ *Michael A Urban, Esq.*
MICHAEL A. URBAN, ESQ.
Nevada Bar No. 3875
NATHAN R. RING, ESQ.
Nevada Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED this 6th day of December, 2021.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454

*Attorneys for Defendant*
*SEEK N FIND INSPECTION*
*TESTING & TRAINING*

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED December 7, 2021