**LAQUER, URBAN, CLIFFORD & HODGE LLP**
MICHAEL A. URBAN, Nevada State Bar No. 3875
PAUL D. COTSONIS, Nevada State Bar No. 8786
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*pcotsonis@luch.com*
***Counsel for Plaintiffs***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC, <br><br> Defendant. | CASE NO: 2:21-cv-01849-JCM-NJK <br><br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST ("Trusts" or "Plaintiffs"), by and through their counsel of record, Paul D. Cotsonis of Laquer, Urban, Clifford & Hodge, LLP, and Defendant, SEEK N FIND INSPECTION TESTING & TRAINING, a Foreign Limited-Liability Company, also known as SEEK N FIND INSPECTION TESTING & TRAINING LLC ("hereinafter "Defendant" or "SNF"), by and through its counsel of record, John H. Wright of The Wright Law Group, P.C., hereby agree and stipulate subject to the approval and Order of the Court, as follows:

1.     A full and final settlement of the above-entitled action has been entered into and agreed to by the parties.  Therefore, the parties request this action be dismissed without prejudice.

2.     The parties have executed a Settlement Agreement and Mutual Release setting forth the terms of their agreement.  The terms and conditions of the Settlement Agreement and Mutual Release, and all documents referred to or attached thereto, are incorporated herein by this reference.

3.     The parties have agreed to bear their own fees and costs after completion of the settlement.

4.     The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the Settlement Agreement and Mutual Release executed by the parties herein.

DATED: September 7, 2022

DATED: September 7, 2022

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

**THE WRIGHT LAW GROUP, P.C.**

*/s/ Paul D. Cotsonis*

*/s/  John H. Wright*

MICHAEL A. URBAN
Nevada State Bar No. 3875
PAUL D. COTSONIS
Nevada State Bar No. 8786
4270 S. Decatur Blvd., Suite A-9
Las Vegas, NV 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*pcotsonis@luch.com*
**Counsel for Plaintiffs**

JOHN H. WRIGHT, ESQ.
Nevada State Bar No. 6182
The Wright Law Group
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102
Phone: 702-405-0001
E-mail: john@wrightlawgroupnv.com
**Counsel for Defendant**

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

DATED: September 7, 2022